ACCEPTED
01-14-00581-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/19/2015 3:40:32 PM
CHRISTOPHER PRINE
CLERK

# IN THE COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS
### NO. 01-14-00581-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/19/2015 3:40:32 PM
CHRISTOPHER A. PRINE
Clerk

**BRODIES E. MYLES**
Appellant,

On Appeal From the County
Criminal Court at Law No. 2
Harris County, Texas

V.

Trial Cause No. 1933896

**THE STATE OF TEXAS**
Appellee

## CERTIFICATION OF NOTIFICATION OF RIGHT
## TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

ANGELA CAMERON counsel for Appellant in the above cause number, respectfully informs the Court counsel sent a copy of this court's opinion to Appellant and informed Appellant of his right to file a pro se petition for discretionary review. This notification was sent by First Class and Certified mail. The certified mail was not picked up. A copy of the returned envelope is attached.

Respectfully submitted,

Alexander Bunin
Chief Public Defender

Angela Cameron
State Bar No. 00788672
Assistant Public Defender
1201 Franklin, 13th Floor
Houston, Texas 77002
Tel: 713-368-0016
Email: angela.cameron@pdo.hctx.net

PITNEY BOWES

02 1P $ 007.610
0001965197 JUN 29 2015
MAILED FROM ZIP CODE 77002

UNITED STATES POSTAGE

First Class Mail
CommBasePrice

7010 1870 0000 4619 8314



not 7/15

Angela

**P**ublic
**D**efender's ★ | 1201 Franklin, 13th Floor
**O**ffice | Houston, TX 77002
Harris County, Texas

MR. BRODIES MYLES
2820 S. BARTELL DR., #I-33
HOUSTON, TX 77054

Legal Mail

RECEIVED BY:

AUG 1 4 2015

HARRIS COUNTY PUBLIC DEFENDER'S OFFICE